**2008–0304. Safeco Ins. Co. of Am. v. Fed. Ins. Co.**
Hamilton App. No. C–070074, 2007-Ohio-7068. Discretionary appeal accepted on Proposition of Law Nos. I and II and cause consolidated with 2008–0403, *Safeco Ins. Co. of Am. v. Fed. Ins. Co.*, Hamilton App. No. C–070074, 2007-Ohio-7068.

LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. III. PFEIFER, J., dissents.